U.S. v. Adriana Elua Diaz
07-CR-03075-BTM

Consent to Expansion of
Travel Condition of Release

I, DORA ESCAMILLA, THE SOLE SURETY IN THE ABOVE ENTITLED CASE, CONSENT TO MODIFICATION OF THE CONDITIONS OF RELEASE, AND EXPANSION OF THE TRAVEL CONDITION, SUCH THAT de ADRIANA ELUA DIAZ, THE Defendant, BE PERMITTED TO TRAVEL THROUGHOUT THE STATE OF CALIFORNIA, THROUGHOUT THE PENDENCY OF THE ABOVE ENTITLED CASE.

FILED
FEB 2 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

2/22/08    *Dora Escamilla*
           DORA ESCAMILLA, Surety


2/22/08    *Adriana Diaz*
           ADRIANA DIAZ, Defendant