Michael Edmund Burke
Attorney at Law
CSB #98925
105 West F Street, 4th Floor
San Diego, CA 92101
Telephone:(619) 234-2503
Email: Burkelaw1@sbcglobal.net, Burkeslaw@pacbell.net

Attorney for Defendant, ADRIANNA ELVA-DIAZ

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### (HONORABLE BARRY TED MOSKOWITZ)

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br> )<br>  Plaintiff, )<br> )<br>  v. )<br> )<br>ADRIANNA ELVA-DIAZ )<br> )<br>  Defendant. )<br>_____ ) | Case No. 07-CR-3075-BTM<br><br>**SENTENCING:**<br><br>Date: 7/3/2008<br>Time: 9:00 a.m.<br><br>**JOINT MOTION TO CONTINUE SENTENCING** |

IT IS THE JOINT MOTION OF THE PARTIES IN THE ABOVE CAPTIONED CASE that the sentencing date for ADRIANNA ELVA-DIAZ set for Friday, May 2, 2008 @ 9:30 a.m. be continued to Thursday, July 3, 2008 @ 9:00 a.m.

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

The reason a continuance is needed is because Ms. Diaz is pregnant and is presently expecting to give birth on June 20, 2008.

Dated: April 28, 2008

s/Michael Edmund Burke
_____
Michael Edmund Burke,
Attorney for Defendant,
ADRIANNA ELVA-DIAZ
Email: Burkelaw1@sbcglobal.net

Dated: April 28, 2008

s/Stewart M. Young
_____
Stewart M. Young,
Assistant U.S. Attorney,
Attorney for Plaintiff,
UNITED STATES OF AMERICA
Email: stewart.young@usdoj.gov

CERTIFICATION OF SERVICE

I, Michael Edmund Burke, hereby certify to the best of my information and belief that by having e-filed the "Joint Motion to Continue Sentencing." I have caused a copy of same to be served via electronic mail upon the following:

Stewart Michael Young stewart.young@usdoj.gov, efile.dkt.gc1@usdoj.gov, kathleen.jordano@usdoj.gov

Dated: April 28, 2008

s/Michael Edmund Burke
_____
Michael Edmund Burke,
Attorney for Defendant,
ADRIANNA ELVA-DIAZ