# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### (HONORABLE BARRY TED MOSKOWITZ)

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | Case No. 07-CR-3075-BTM |
| )  Plaintiff,   ) | ORDER TO CONTINUE SENTENCING HEARING |
| v.   ) | |
| ADRIANNA ELVA-DIAZ   ) | Date:  5/2/2008 |
| )  Defendant.   ) | Time:  9:30 a.m. |

    GOOD CAUSE appearing, IT IS HEREBY ORDERED that the sentencing hearing set for Friday, May 2, 2008, at 9:30 a.m., be continued to Thursday, July 3, 2008 at 9:00 a.m.

SO ORDERED.

DATED:  May 1, 2008

_____
Honorable Barry Ted Moskowitz
United States District Judge