| | |
|---|---|
| 1 | Michael Edmund Burke |
| | Attorney at Law |
| 2 | CSB #98925 |
| | 105 West F Street, 4th Floor |
| 3 | San Diego, CA 92101 |
| | Telephone:(619) 234-2503 |
| 4 | Email: Burkelaw1@sbcglobal.net, Burkeslaw@pacbell.net |
| 5 | Attorney for Defendant, ADRIANNA ELVA-DIAZ |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE BARRY TED MOSKOWITZ)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 07-CR-3075-BTM |
| Plaintiff, | **SENTENCING:** |
| v. | Date: 7/3/2008 |
| ADRIANNA ELVA-DIAZ | Time: 9:00 a.m. |
| Defendant. | **ACKNOWLEDGMENT OF DUTY TO BE PRESENT AT NEXT HEARING** |

I, ADRIANNA ELVA-DIAZ, acknowledge my duty to be present at the next scheduled court date, which is set for Sentencing, on Thursday, July 3, 2008 @ 9:00 a.m. before the Honorable Barry Ted Moskowitz.

Dated: 5-5-08                                    _/s/ Adriana Elva Diaz_
                                                 ADRIANNA ELVA-DIAZ

## CERTIFICATE OF SERVICE

I, Michael Edmund Burke, hereby certify to the best of my information and belief that by having e-filed the "Acknowledgment of Duty to be Present at Next Hearing." I have caused a copy to have been served via electronic mail upon the U S Attorney:

Stewart Michael Young stewart.young@usdoj.gov, efile.dkt.gc1@usdoj.gov, kathleen.jordano@usdoj.gov

James C Alvord fallbrookjim@sbcglobal.net

                                          s/Michael Edmund Burke

Dated: June 29, 2008

                                        _____
                                        Michael Edmund Burke,
                                        Attorney for ADRIANA ELVA DIAZ