1  Michael Edmund Burke
   Attorney at Law
2  CSB #98925
   105 West F Street, 4th Floor
3  San Diego, CA 92101
   Telephone:(619) 234-2503
4  Email: Burkelaw1@sbcglobal.net, Burkeslaw@pacbell.net

5  Attorney for Defendant, ADRIANNA ELVA-DIAZ

6
7
8              UNITED STATES DISTRICT COURT
9              SOUTHERN DISTRICT OF CALIFORNIA
10             (HONORABLE BARRY TED MOSKOWITZ)
11
12 UNITED STATES OF AMERICA,    )   Case No. 07-CR-3075-BTM
                                )
13      Plaintiff,               )   **SENTENCING:**
                                )
14      v.                       )   Date: 7/3/2008
                                )   Time: 9:00 a.m.
15 ADRIANNA ELVA-DIAZ,          )
                                )   **JOINT MOTION TO**
16      Defendant.               )   **CONTINUE SENTENCING**
                                )
17                              )
                                )
18 _____)
19
20      IT IS THE JOINT MOTION OF THE PARTIES IN THE ABOVE CAPTIONED

21 CASE that the sentencing date for ADRIANNA ELVA-DIAZ set for Thursday, July 3,

22 2008 @ 9:00 a.m. be continued to Friday, August 8, 2008, @ 8:30 a.m.

23 / / / /
24 / / / /
25 / / / /
26 / / / /
27 / / / /
28 / / / /

The reason a continuance is needed is because Ms. Diaz is pregnant and is presently expecting to give birth on June 30, 2008.

Dated: June 30, 2008

s/Michael Edmund Burke
_____
Michael Edmund Burke,
Attorney for Defendant,
ADRIANNA ELVA-DIAZ
Email: Burkelaw1@sbcglobal.net

Dated: June 30, 2008

s/Stewart M. Young
_____
Stewart M. Young,
Assistant U.S. Attorney,
Attorney for Plaintiff,
UNITED STATES OF AMERICA
Email: stewart.young@usdoj.gov

CERTIFICATION OF SERVICE

I, Michael Edmund Burke, hereby certify to the best of my information and belief that by having e-filed the "Joint Motion to Continue Sentencing." I have caused a copy of same to be served via electronic mail upon the following:

Stewart Michael Young stewart.young@usdoj.gov, efile.dkt.gc1@usdoj.gov, kathleen.jordano@usdoj.gov

Dated: June 30, 2008

s/Michael Edmund Burke
_____
Michael Edmund Burke,
Attorney for Defendant,
ADRIANNA ELVA-DIAZ