# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### (HONORABLE BARRY TED MOSKOWITZ)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07-CR-3075-BTM |
| Plaintiff, ) | ORDER TO CONTINUE SENTENCING: |
| v. ) | |
| ADRIANNA ELVA-DIAZ ) | Date:  7/3/2008<br>Time:  9:00 a.m. |
| Defendant. ) | |

Good cause appearing, IT IS HEREBY ORDERED that the sentencing set for Thursday, July 3, 2008 @ 9:00 a.m. be continued to Friday, August 8, 2008, @ 8:30 a.m.

SO ORDERED.

DATED: June 30, 2008

_____
Honorable Barry Ted Moskowitz
United States District Judge