```
 1  Michael Edmund Burke
    Attorney at Law
 2  C.B. #98925
    105 West F Street, 4th Floor
 3  San Diego, CA 92101
    Telephone:(619) 234-2503
 4
 5  Attorneys for Defendant, ADRIANA ELVA DIAZ
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE BARRY TED MOSKOWITZ)

| UNITED STATES OF AMERICA, | ) | Case No. 07-CR-3075-BTM |
|---|---|---|
| Plaintiff, | ) | SENTENCING: |
| v. | ) | DATE: 8/3/2008 |
|  | ) | TIME: 8:30 A.M. |
| ADRIANA ELVA DIAZ, | ) | ACKNOWLEDGMENT OF |
| Defendant. | ) | DUTY TO BE PRESENT AT NEXT HEARING |

I, ADRIANNA ELVA DIAZ, acknowledge my duty to be present at the next scheduled court date of August 8, 2008 @ 8:30 a.m. before the Honorable Barry Ted Moskowitz.

Dated: 7-19-08

/s/ Adriana Elva Diaz
ADRIANA ELVA DIAZ

**CERTIFICATE OF SERVICE**

I, Michael Edmund Burke, hereby certify to the best of my information and belief that by having e-filed the "Acknowledgment of Duty to be Present at Next Hearing." I have caused a copy to have been served via electronic mail upon the U S Attorney:

Stewart Michael Young stewart.young@usdoj.gov, efile.dkt.gc1@usdoj.gov, kathleen.jordano@usdoj.gov

James C Alvord fallbrookjim@sbcglobal.net

                                s/Michael Edmund Burke

Dated: July 23, 2008

                                _____
Michael Edmund Burke,
Attorney for ADRIANA ELVA DIAZ