```
 1  Michael Edmund Burke
    Attorney at Law
 2  CSB #98925
    105 West F Street, 4th Floor
 3  San Diego, CA 92101
    Telephone:(619) 234-2503
 4  Email: Burkelaw1@sbcglobal.net, Burkeslaw@pacbell.net

 5  Attorney for Defendant, ADRIANNA ELVA-DIAZ

 6

 7

 8              UNITED STATES DISTRICT COURT

 9              SOUTHERN DISTRICT OF CALIFORNIA

10              (HONORABLE BARRY TED MOSKOWITZ)

11
    UNITED STATES OF AMERICA,  )   Case No. 07-CR-3075-BTM
12                              )
         Plaintiff,              )   **SENTENCING:**
13                              )
         v.                      )   Date: 8/8/2008
14                              )   Time: 8:30 a.m.
    ADRIANNA ELVA-DIAZ,         )
15                              )   **JOINT MOTION TO**
         Defendant.              )   **CONTINUE SENTENCING**
16                              )
                                )
17                              )
                                )
18  _____)

19       IT IS THE JOINT MOTION OF THE PARTIES IN THE ABOVE CAPTIONED

20  CASE that the sentencing date for ADRIANNA ELVA-DIAZ set for Friday, August 8,

21  2008 @ 9:30 a.m. be continued to Friday, August 22, 2008 @ 11:30 a.m.

22  / / / /

23  / / / /

24  / / / /

25  / / / /

26  / / / /

27  / / / /

28  / / / /
```

**The** reason a continuance is needed is because sentencing is presently set for the same morning in which defense counsel is scheduled for an important medical appointment and related tests with an Opthamologist.

```
                                        s/Michael Edmund Burke
Dated: August 5, 2008                   _____
                                        Michael Edmund Burke,
                                        Attorney for Defendant,
                                        ADRIANNA ELVA-DIAZ
                                        Email: Burkelaw1@sbcglobal.net


                                        s/Stewart M. Young
Dated: August 5, 2008                   _____
                                        Stewart M. Young,
                                        Assistant U.S. Attorney,
                                        Attorney for Plaintiff,
                                        UNITED STATES OF AMERICA
                                        Email: stewart.young@usdoj.gov
```

## CERTIFICATION OF SERVICE

I, Michael Edmund Burke, hereby certify to the best of my information and belief that by having e-filed the "Joint Motion to Continue Sentencing" I have caused a copy of same to be served via electronic mail upon the following:

Stewart Michael Young stewart.young@usdoj.gov, efile.dkt.gc1@usdoj.gov, kathleen.jordano@usdoj.gov

```
                                        s/Michael Edmund Burke
Dated:  August 5, 2008                  _____
                                        Michael Edmund Burke,
                                        Attorney for Defendant,
                                        ADRIANNA ELVA-DIAZ
```