**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**(HONORABLE BARRY TED MOSKOWITZ)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 07-CR-3075-BTM |
| Plaintiff, | ) | |
| v. | ) | Date:  8/8/2008 |
| ADRIANNA ELVA-DIAZ | ) | Time:  8:30 a.m. |
| Defendant. | ) | **ORDER TO CONTINUE SENTENCING** |

Good cause appearing, IT IS HEREBY ORDERED that the sentencing hearing set for Friday, August 8, 2008 @ 8:30 a.m. be continued to Friday, August 22, 2008 @ 8:30 a.m.

IT IS SO ORDERED.

DATED:  August 6, 2008

_____
Honorable Barry Ted Moskowitz
United States District Judge