1  Michael Edmund Burke
   Attorney at Law
2  C.B. #98925
   105 West F Street, 4th Floor
3  San Diego, CA 92101
   Telephone:(619) 234-2503
4

5  Attorneys for Defendant, ADRIANA ELVA DIAZ

6

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                  (HONORABLE BARRY TED MOSKOWITZ)

11 | UNITED STATES OF AMERICA,     )  Case No. 07-CR-3075-BTM
                                   )
12 |      Plaintiff,                )  SENTENCING:
                                   )
13 | v.                             )  DATE: 8/22/2008
                                   )  TIME: 11:30 A.M.
14 | ADRIANA ELVA DIAZ,             )
                                   )  ACKNOWLEDGMENT OF
15 |      Defendant.                )  DUTY TO BE PRESENT AT
                                   )  NEXT HEARING
16                                 )
                                   )
17                                 )
                                   )
18 |_____)

19      I, ADRIANNA ELVA DIAZ, acknowledge my duty to be present at the next

20 scheduled court date of August 22, 2008 @ 11:30 a.m. before the Honorable Barry

21 Ted Moskowitz.

22

23 Dated: 8-7-08                          _____
                                                ADRIANA ELVA DIAZ
24

25

26

27

28

**CERTIFICATE OF SERVICE**

I, Michael Edmund Burke, hereby certify to the best of my information and belief that by having e-filed the "Acknowledgment of Duty to be Present at Next Hearing." I have caused a copy to have been served via electronic mail upon the U S Attorney:

Stewart Michael Young stewart.young@usdoj.gov, efile.dkt.gc1@usdoj.gov, kathleen.jordano@usdoj.gov

James C Alvord fallbrookjim@sbcglobal.net

                                              s/Michael Edmund Burke

Dated: August 11, 2008

                                        Michael Edmund Burke,
                                        Attorney for ADRIANA ELVA DIAZ