# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | CASE NUMBER 07CR3075-BTM |
|---|---|---|
| vs | ) | ABSTRACT OF ORDER |
| Adriana Alva Diaz | ) | Booking No. 05329298 |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of 8/22/08
the Court entered the following order:

_____ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

____✓_____ Defendant ~~remanded and~~ ( ✓ bond) (_____ bond on appeal) exonerated.

____✓_____ Defendant sentenced to TIME SERVED, supervised release for  3  years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:

_____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other._____

BARRY TED MOSKOWITZ
UNITED STATES MAGISTRATE JUDGE

OR

Received _____ DUSM

W. SAMUEL HAMRICK, JR.   Clerk
by _____ Deputy Clerk

Crim-9   (Rev 6-95)

☆ U.S. GPO: 1996-783-398/40151

**CLERKS' COPY**